NELLA MANKO, Appellant, v LENOX HILL ANESTHESIOLOGY, PLLC, et al., Respondents.

Submitted November 7, 2016; decided December 15, 2016

Motion for reconsideration of this Court's November 21, 2011 dismissal order dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 17 NY3d 933 (2011)].

Judge ABDUS-SALAAM taking no part.

In the Matter of NELLA MANKO, Appellant, et al., Petitioner, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, Respondent.

Submitted November 7, 2016; decided December 15, 2016

Motion for reargument of motion for leave to appeal dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 17 NY3d 717 (2011)].

Judge ABDUS-SALAAM taking no part.

In the Matter of MELVIN M. MARIN, a Suspended Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted September 12, 2016; decided December 15, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.